# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JAMES MICHAEL JENKINS,
    Plaintiff,

vs.

SECRETARY OF VETERANS AFFAIRS,
    Defendant.

Case No. 1:16-cv-490
Litkovitz, M.J.

**ORDER**

At the request of the parties and with the consent of the Court, this matter is hereby STAYED. The parties are ORDERED to file a joint status report within 90 days of the date of this Order.

**IT IS SO ORDERED.**

Date: 9/28/17

Karen L. Litkovitz
United States Magistrate Judge