# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JAMES MICHAEL JENKINS, <br> Plaintiff, | Case No. 1:16-cv-490 <br> Litkovitz, M.J. |
| vs. | |
| SECRETARY OF VETERANS AFFAIRS, <br> Defendant. | **ORDER** |

This matter is before the Court on the First Joint Status Report of the parties. (Doc. 37). At the request of the parties and with the consent of the Court, this matter shall continue to be STAYED. The parties are ORDERED to file a joint status report within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Date: 1/2/18

Karen L. Litkovitz
United States Magistrate Judge