UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Michael Jenkins,
    Plaintiff,

v.

Secretary of Veterans Affairs,
    Defendants.

Case No. 1:16cv490
(Litkovitz, MJ)

ORDER

This matter is before the Court on the Second Joint Report of the parties. (Doc. 39). At the request of the parties and with the consent of the Court, this matter shall continue to be STAYED. The parties are ORDERED to file a joint status report within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Date 3/5/18

awh    March 5, 2018

Karen L. Litkovitz
United States Magistrate Judge