UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Michael Jenkins,
    Plaintiff(s),

v.

Secretary of Veterans Affairs,
    Defendant(s).

Case No. 1:16cv490
( Litkovitz, MJ.)

## ORDER

This matter is before the Court on the Fourth Joint Status Report of the parties. (Doc. 44). At the request of the parties and with the consent of the Court, this matter shall continue to be **STAYED**. The parties are **ORDERED** to file a joint status report within 45 days of the date of this Order or within 14 days of a ruling by OPM, whichever occurs first.

SO ORDERED.

Date: 8/9/18

awh   August 9, 2018

Karen L. Litkovitz
United States Magistrate Judge