# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JAMES MICHAEL JENKINS,
    Plaintiff,

vs.

SECRETARY OF VETERANS AFFAIRS,
    Defendant.

Case No. 1:16-cv-490
Litkovitz, M.J.

**ORDER**

Pursuant to the docket notation in Case No. 1:19-cv-00712 (S.D. Ohio 2019) and with the consent of the parties, this matter shall continue to be **STAYED** until further Order of the Court. The parties shall provide joint status reports to the Court on a quarterly basis with the first status report due on 1/3/2020.

**IT IS SO ORDERED**

Date: 9/26/19

Karen L. Litkovitz
United States Magistrate Judge