# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JAMES MICHAEL JENKINS,
  Plaintiff,

vs.

SECRETARY OF VETERANS AFFAIRS,
  Defendant.

Case No. 1:16-cv-490
Litkovitz, M.J.

**ORDER**

This matter is before the Court on the parties' twelfth status report and following an April 13, 2020 telephone status conference. The stay in this matter is **LIFTED**. This case is reinstated on the Court's active docket. A follow up telephone status conference will be held on **May 26, 2020 at 2:30 P.M**.

**IT IS SO ORDERED**

Date: April 13, 2020

Karen L. Litkovitz
United States Magistrate Judge