**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JAMES MICHAEL JENKINS,                                  Case No. 1:16-cv-490
        Plaintiff,                                               Litkovitz, M.J.

        vs.

SECRETARY OF VETERANS AFFAIRS,                **ORDER**
        Defendant.

      To assist the parties in their ongoing settlement discussions, the Office of Personnel

Management is hereby ORDERED to (1) extend Mr. Jenkins' deadline to make his post-1956

military deposit by thirty (30) days up to and including August 15, 2020, and (2) within **seven**

**(7) days** of notice of this Order provide Mr. Jenkins with estimates of all his recalculated

benefits, including retroactive payments, if Mr. Jenkins were to make his post-1956 military

deposit in the amount of $6,873.57 on or before August 15, 2020.

      **IT IS SO ORDERED**

Date:  7/10/2020

                              Karen L. Litkovitz
                            United States Magistrate Judge